UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Joseph Genet — 3552771

Zachary Whitmore — 3536621

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

**CIVIL ACTION NO.** 3:18-cv-01483
*(Number to be assigned by Court)*

Western Regional Jail
Captin Aldrage, Corp. Eirwin
Sargent Franklin, Corp. York
C.O. Guice, CO Napper, CO Indecot

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____    No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   NA

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

3. Docket Number: _____

NA 4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

6. Approximate date of filing lawsuit: _____

NA 7. Approximate date of disposition: _____

2

II. Place of Present Confinement: Western Regional jail

A. Is there a prisoner grievance procedure in this institution?

Yes _X_      No _____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _X_      No _____

C. If you answer is YES:

1. What steps did you take? I talked to Sargent Franklin, Corprel York as well as all the CO's

2. What was the result? Nothing was done to rectafi the situation at hand

D. If your answer is NO, explain why not: _____

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Joseph Genet
   Address: 1 Ohanlin Place Barboursville WV 25504

B. Additional Plaintiff(s) and Address(es): Zachary Whitmore 01 Ohanlin Place Barboursville WV 25504

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Western Reginal jail

    is employed as: Reginal jail

    at Barboursville WV.

D. Additional defendants: Captin Aldrage, Corprel Eirwin, Corprel Youck, Sargent Franklin C.O. Guice, CO Napper, CO Indoost C.O., Thewithen C.O. Paul CO Hughs

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

We were placed on lock down on 11-8-18 We were taken to A5 section known as the Whole. Its a special Management Pod and has a CO posted at all times. In this section their are 2 mentely Inpared inmates (Kevin Esque, Kenny Hall). They are disterbed individuals who dont realy have the copasoty to take care of them selves

4

IV Statment of Claim (Continued)

Our cells in this section have mold in them as well as the whole section is nasty with Iron stains all over the walls. We are never offerd reck and when we ask for it we are told we have to weight, and it never happens. We dont get our cloths washed we have to do it our selves in our sinks. We cant send our laundry out because it never comes back and we loose our personal property. We are never offered Gym. The food is uncooked and unetable most of the time so we just dont eat. If we complain to much they get upset and say we refuse our food and we get nothing! We are all treated less than human but Kenny Hall and Kevin Esque have it the worst in this instatution. My mentel copasoty has been altered by the things that go on in this section and the degredation we indore on a daley basis. AS a arm of West Virginia The standerds shoeld be quite high but sadley it is the worst thing a human, mentelay Ill or not, will ever have to endore. It's too soon to see what problems this will cause any one of US in the future

Will we need medication due to PTSD or what whos to say.

### IV. Statement of Claim (continued):

Both individuels Urinate in the flore Constantley and Keuen plays in his fecal matter by rubbing it on the flores and walls. We were inondated with the smell of Urin as well as the smell of fecal matter. We woke up to watter, Urin, fecal matter as well as trash in our cell from their cells. We had to sit in it for 6 hours or more before anything was done to clean it up.

### V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Would like the courts to Put a stop to the mistreatment of inmates at this state run facility. Would also be asking for financhel compensation do to the mentel Anguish we both have had to indore. Would like to see the court Shut such facilitys down if the behavior of State employees can not be properley monitered to enshure every inmate is given basic

5

V. Relief (continued)):

human Rights and See that each inmate has access to outside help and Civel Libertys.

VII. Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

Ronnie Hammonds

(B.) Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____  No _____

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: _____

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____  No _X_

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

X _Zachary Whitmire_ _____

X _Joseph Barrett_ _____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                         (Date)

X _Joseph Barrett_   _Zachary Whitmire_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7